IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNATHAN ROBINS,** | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-1059 |
| **STEVEN GLUNT, et al.,** | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this _30th_ day of October, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. 14), and Petitioner's Objection to the Report and Recommendation (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The Petition for Habeas Corpus is **DENIED WITHOUT PREJUDICE** to allow Petitioner to exhaust his state court remedies before returning to federal court.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**